# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

FILED
2023 JUL 12 A 1:43

Ann M. Gordon
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Rhode Island Housing and Mortgage Finance Corporation
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Ann M. Gordon
   Street Address: 54 Bayberry Lane
   City and County: East Greenwich   Kent County
   State and Zip Code: Rhode Island   02818
   Telephone Number: 401-595-1004
   E-mail Address: GO54@mail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: RHODE ISLAND HOUSING AND MORTGAGE FINANCE CORPORATION
- Job or Title (if known):
- Street Address: 44 WASHINGTON STREET
- City and County: PROVIDENCE    PROVIDENCE COUNTY
- State and Zip Code: RHODE ISLAND    02903
- Telephone Number: 401-457-1234
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. UNDER ARTICLE 4 OF THE CONSTITUTION, I HAVE NOT RECEIVED DUE PROCESS IN THE TAX FORECLOSURE CASE, DUE PROCESS REQUIRES A MINUM OF (1) NOTICE (NOT NOTIFIED OVER YEAR) (2) OPPORTUNITY TO BE HEARD (COERSED TOLD NOT TO SPEAK TO JUDGE) (3) REPRESENTED

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-11-23

Signature of Plaintiff: *Ann M Gordon*
Printed Name of Plaintiff: Ann M. Gordon (PRO SE)

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.   If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

WE WERE NOT NOTIFIED OF THE COURT CASE UNTIL AFTER 1 YEAR, JULY 2018 TO JULY 2019, WE CONTACTED RI HOUSING LOAN OFFICER PAUL RUSSO, MY SISTER WAS 65, I SAID WE COULD GET A REVERSE MORTGAGE, HE SAID O.K CALL IN A COUPLE OF WEEKS. I SAID COURT PAPER CONTINUED

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

MY SISTER MARY E. GORDON, ONLY FAMILY AND BEST FREIND WHO LIVED WITH ME ALL OUR LIVES, WAS SO UPSET OVER THE FORECLOUSURE AND TRYING TO GET MONEY SHE HAD A STROKE AND DIED. MY HEALTH HAS SEVERLY DETERIORATED THROUGH STRESS FROM CASE AND SEVERE DIABETIS. MONEY FOR MARY AND ME AND PUNITIVE DAMAGES

Page 4 of 5

## STATEMENT OF CLAIM CONTINUED.

SAID TO ANSWER WITHIN 20 DAYS, HE SAID "DON'T WORRY ABOUT THAT, FORGET ABOUT IT" WE FOUND OUT A MONTH LATER THAT HE WAS CONTINUING WITH THE CASE FROM THE CLERKS OFFICE, WE TRIED TO GET LEGAL HELP FROM RI LEGAL SERVICES THE ONLY PRO BONO LAWYERS IN STATE, THEY WERE HIRED BY RI HOUSING IN THE BEGINNING OF THE CASE IN 2018. THEY SAID NONE OF THEM COULD HELP US, I ENTERED CASE DECEMBER 9, 2019 (MOTION OUT OF TIME), RI HOUSING WANTED $51,177.94 FOR 5 YEARS OF TAXES UNDER THE MADELINE WALKER LAW OF 2006. OUR TAXES WERE $4500-$6000; A YEAR, JUDGE HEARING FOR 2-3-20 TO SET AMOUNT, LAWYER FOR RI HOUSING WAITING OUTSIDE COURT ROOM. (THEY HAD GIVEN ME AN EXTA MONTH TO GET LOAN BUT

1

## STATEMENT OF CASE CONTINUED

I HAD NO INCOME (WAS AWAITING SOCIAL SECURITY) Ms LONARDO (LAWYER FOR RI HOUSING) SAID I HAD TO SIGN FINAL DECREE OR THEY WOULD DEMAND PAYMENT THEN, AND I WOULD BE EVICTED IN 15 DAYS, AND NOT TO SAY ANYTHING TO THE JUDGE. I SIGNED, I THOUGHT I COULD GET THE LOAN, WHICH I DID NOT. I WAS COERCED. EAST GREENWICH HAS A 70% REDUCTION IN TAXES FOR LOW INCOME AND DISABLED RESIDENTS, I ASKED WHY DIDN'T THEY (RI HOUSING) TELL US HE SAID "YOU HAVE TO FIND YOUR OWN DISCOUNTS". THEY HAVE PUT OUR HOME OF 66 YEARS MY DAD HAD BUILT IN THEIR NAME SO I CAN'T GET A REVERSE MORTGAGE OR ANY OTHER LOAN.

2