UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Ann M. Gordon ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:23-CV-00291-MSM-LDA |
| ) | |
| Rhode Island Housing and Mortgage Finance Corporation ) | |
| Defendant. ) | |

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Text Order of 7/12/2023

Enter:

/s/ Carrie L. Potter
Deputy Clerk

Dated: 7/12/2023